# IN THE UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>    Plaintiff,<br><br>v.<br><br>(1) SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and<br><br>(2) SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br><br>    Defendants. | Case No. CIV-24-513-J |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 7.1, Metropolitan Life Insurance Company ("MetLife") hereby submits its corporate disclosure statement. MetLife is a wholly owned subsidiary of MetLife, Inc., a publicly held corporation with its principal place of business in New York. No other company owns 10% or more of MetLife's stock.

    Respectfully submitted,

/s/ Alison M. Howard
Alison M. Howard, OBA #19835
CROWE & DUNLEVY,
A PROFESSIONAL CORPORATION
The Braniff Building
324 North Robinson, Suite 100
Oklahoma City, Oklahoma 73102
Telephone: (405) 235-7700
Facsimile: (405) 239-6651
alison.howard@crowedunlevy.com

**ATTORNEYS FOR PLAINTIFF
METROPOLITAN LIFE INSURANCE**

## CERTIFICATE OF SERVICE

I hereby certify that on this 22nd day of May, 2024, the aforesaid document was included with the Summons and Complaint to be served on:

Nicole Jacobsen, Manager
SDM Holdings, LLC
P.O. Box 13086
Oklahoma City, OK 73113


Robert B. Cox, Agent for Service of Process
SDM Holdings, LLC
Halloran & Sage LLP
225 Asylum Street
Hertford, CT 06103-1503


    s/Alison M. Howard
    Alison M. Howard, OBA# 19835