Case 5:24-cv-00513-J Document 7 Filed 05/22/24 Page 1 of 3
Case 5:24-cv-00513-HE Document 27 Filed 06/20/24 Page 31 of 43
AO440(Rev.12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## Western District of Oklahoma

| | |
|---|---|
| (1) METROPOLITAN LIFE INSURANCE COMPANY, a New York corporation,<br><br>Plaintiff(s),<br><br>v.<br><br>(1) SDM HOLDINGS, LLC, an Oklahoma Limited Liability Company; and SDM HOLDINGS, LLC, a Connecticut Limited Liability Company,<br>Defendant(s). | Case No. CIV-24-513-J |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
SDM Holdings, LLC c/o Robert B. Cox, Halloran & Sage LLP, Agent
One Goodwin Square
225 Asylum Street
Hertford, CT 06103-1503

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12(a)(2) or (3) - you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Alison M. Howard
Crowe & Dunlevy
324 N. Robinson Ave. Suite 100
Oklahoma City, OK 73102

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



*SUMMONS ISSUED:*
9:17 am, May 22, 2024
*JOAN KANE, CLERK*

By:_____

*Signed and sealed by the Clerk of the Court or Deputy Clerk.*

Civil Action No.

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4(l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

X❏ Other *(specify):* Complaint in Interpleader were served on Defendant by Certified Mail, Return Receipt Requested, on May 28, 2024 (See Return Receipt Attached) .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: June 19, 2024

*/s/ Alison M. Howard*
*Server's signature*

Alison M. Howard, OBA #19835, Attorney
*Printed name and title*

324 N. Robinson Avenue, Suite 100, Oklahoma City, OK 73102
*Server's address*

Additional information regarding attempted service, etc:

**U.S. Postal Service™**
**CERTIFIED MAIL® RECEIPT**
*Domestic Mail Only*

For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$

Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)         $ _____
☐ Return Receipt (electronic)       $ _____
☐ Certified Mail Restricted Delivery $ _____
☐ Adult Signature Required          $ _____
☐ Adult Signature Restricted Delivery $ _____

Postage
$

Total Postage and Fees
$

Postmark Here: CENTER CITY MAY 22 2024 OKLAHOMA CITY OK USPS

Sent To: SDM Holdings c/o Robert Cox
Street and Apt. No., or PO Box No.: 225 Asylum St.
City, State, ZIP+4®: Hertford, CT 06103

Article Number: 7021 2720 0000 0793 0754

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

---

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

SDM Holdings, LLC
C/o Robert Cox
One Goodwin Square
225 Asylum St  Hertford, CT 06103

9590 9402 7909 2234 3633 56

2. Article Number (Transfer from service label)
7021 2720 0000 0793 0754

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☑ Agent
                    ☐ Addressee

B. Received by (Printed Name): Tim Dolanowicz
C. Date of Delivery: 5/28/24

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:    ☑ No

06103

3. Service Type
☐ Adult Signature
☐ Adult Signature Restricted Delivery
☐ Certified Mail®
☒ Certified Mail Restricted Delivery
☐ Collect on Delivery
☐ Collect on Delivery Restricted Delivery
☐ Insured Mail
☐ Mail Restricted Delivery ($500)

☐ Priority Mail Express®
☐ Registered Mail™
☐ Registered Mail Restricted Delivery
☐ Signature Confirmation™
☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053   Domestic Return Receipt