# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| METROPOLITAN LIFE INSURANCE COMPANY, )<br> )<br>    Plaintiff, )<br> )<br>vs. )<br> )<br>SDM HOLDINGS, LLC, ET AL., )<br> )<br>    Defendants. ) | NO.  CIV-24-0513-HE |

## CLERK'S ENTRY OF DEFAULT

A search of the court records in this case reveals that there was no answer, appearance or response to plaintiff's complaint filed by defendant SDM Holdings, LLC, a Connecticut limited liability company within the time prescribed. Therefore, defendant SDM Holdings, LLC, a Connecticut limited liability company is in default.

Dated this 21st day of October, 2024.

**Joan Kane, Clerk of Court**
**Western District of Oklahoma**

By:  s/Lisa Minter
        Deputy Clerk